## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| EDWARD F. DELKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19-cv-00043-RWS |
| ) | |
| MASTERCARD INTERNATIONAL, INC. ) | |
| and MASTERCARD TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Edward F. Delker and Defendants Mastercard International Incorporated and Mastercard Technologies, LLC, by and through their respective counsel and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of this action in its entirety with prejudice. Each party shall bear his or its own attorneys' fees and costs.

Respectfully Submitted,

*/s/ Phillip A. Tatlow*
Phillip A. Tatlow
BOLLWERK & TATLOW, LLC
10525 Big Bend Rd.
St. Louis, MO 63122
pat@bollwerktatlow.com

*/s/ Mark Zoole*
Mark Zoole
MARK H. ZOOLE, P.C.
P.O. Box 190549
Saint Louis, MO 63119
zoole@sbcglobal.net

*Attorneys for Plaintiff*
*Edward F. Delker*

*/s/ Stephanie O. Zorn*
Stephanie O. Zorn #47000MO
Jackson Lewis P.C.
222 S. Central Ave., Ste. 900
St. Louis, MO 63105
Phone: (314) 827-3939
Fax: (314) 827-3940
Stephanie.Zorn@jacksonlewis.com

*Attorneys for Defendants*
*Mastercard International, Inc. and*
*Mastercard Technologies, LLC*

_____       SO ORDERED: _____
DATE

## **CERTIFICATE OF SERVICE**

      It is hereby certified that on June 8, 2022, the foregoing was filed electronically with the Court and a copy was served via electronic filing system upon all counsel of record.

Phillip A. Tatlow
BOLLWERK & TATLOW, LLC
10525 Big Bend Rd.
St. Louis, MO 63122
pat@bollwerktatlow.com

Mr. Mark Zoole
MARK H. ZOOLE, P.C.
P.O. Box 190549
Saint Louis, MO 63119
zoole@sbcglobal.net

Mr. David G. Hughes
Mr. Richard L. Hughes I
MOGAB & HUGHES
701 Market Street, Ste. 1510
St. Louis, MO 6310
davidhughes@mogabandhughes.com
richardhughes@mogabandhughes.com

*Attorneys for Plaintiff*

                                                    */s/ Phillip A. Tatlow*